Gary G. Colbath
First Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant Jun Liang*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  vs.<br><br>JUN LIANG, A/K/A HARRY,<br><br>         Defendant. | Case No. 4:23-cr-00013-RRB-SAO-1<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

Defendant Jun Liang, through counsel, Gary G. Colbath, First Assistant Federal Defender, notifies this Court of his intent to plead guilty pursuant to a written plea agreement. The parties will file the plea documents related to this matter under separate cover. In order to allow time for completion of such documents and the filing of them, a change of plea hearing is requested on September 20, 2024 or thereafter as the Court's calendar allows.

DATED at Anchorage, Alaska this 4th day of September, 2024.

                                            Respectfully submitted,

                                            FEDERAL PUBLIC DEFENDER
                                            DISTRICT OF ALASKA

                                            */s/ Gary G. Colbath*
                                            Gary G. Colbath
                                            First Assistant Federal Defender

<u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on September 4, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*