# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| AL42 | 9742501 | P. THOMPSON | 834 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 02/10/2024 14:00 | 36 CFR 5.3 |

**Place of Offense:** HORSESHOE LAKE TRAIL

**Offense Description: Factual Basis for Charge** ☐ HAZMAT
ENGAGING IN BUSINESS IN PARK AREAS WITHOUT A PERMIT, CONTRACT, OR OTHER WRITTEN AGREEMENT WITH THE U.S.

### DEFENDANT INFORMATION
Phone: (907) 687-3870

| Last Name | First Name | M.I. |
|---|---|---|
| LIANG | JUN | |

**Street Address:** 3264 JARVIS AVE.

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| FAIRBANKS | AK | 99709 | 08/29/1983 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 7846314 | | AK | NONCITIZEN |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair: BLK  Eyes: BRN  Height: 5'4  Weight: 145

### VEHICLE  VIN: JTEBU5JR0K5654909  ☐ CMV

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| JTU 600 | AK | 19 | TOYOTA 4RUNNER | | WHT |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| DEFENDANT ADVISED | MAY 2, 2024 | 10:00 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: JUN LIANG

Original - CVB Copy
NP24032050
*9742501*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on FEBRUARY 10, 20 24 while exercising my duties as a law enforcement officer in the _____ District of ALASKA

— SEE ATTACHED —

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/16/2024  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/01/2024 10:34

Location Code: AL42
Citation Number - 9742501
NPS Case Number – NP24032050
Ranger Last Name – Thompson

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2/10/2024 while exercising my duties as a law enforcement officer in the District of Alaska -

At approximately 14:00 hours, I, U.S. Park Ranger Patrick Thompson, observed a white Toyota 4Runner (AK tags JTU600) parked in the Horseshoe Lake parking lot. I recognized this vehicle as potentially associated with an ongoing investigation concerning unpermitted commercial operations within Denali National Park.
I observed a male subject (later identified as Jun LIANG through his Alaska DL), and two other subjects exit the Toyota 4Runner. LIANG provided trekking poles and ice cleats to the other two subjects. I watched LIANG lead the group onto the Horseshoe Lake Trail.
At approximately 15:35 all three subjects returned to the parking lot. I contacted LIANG. LIANG told me his tour company is called "AK Aurora Travel." LIANG informed me he charged the other two individuals $1,460.00 per person for a 5-day tour package. I interviewed one of LIANG's clients (identified as Yanjie WANG). WANG told me both he and the other client paid LIANG approximately $1,400.00 for a 5-day tour.
A permit (commercial use authorization) issued by the National Park Service is required to engage in business within the jurisdictional boundaries of Denali National Park and Preserve.
Neither LIANG nor AK Aurora Travel have been issued a commercial use authorization by the National Park Service.
[LIANG was previously contacted by Denali National Park law enforcement on December 1, 2023, after LIANG led tour clients on a guided day-hike at Horseshoe Lake. During this contact, LIANG was advised he cannot engage in business in the park without a permit.]

The foregoing statement is based upon:
☒ My personal observation  ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/16/2024
Date (mm/dd/yyyy)           Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)           U.S. Magistrate Judge