# United States District Court
# Violation Notice

CVB Location Code: AL78

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6261629 | MAZUR | 802 |

6261629

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 4/11/24 1230 | 43 CFR 2932.57(a)(1) |

Place of Offense: 3264 JARVIS AVENUE

Offense Description: Factual Basis for Charge — HAZMAT ☐

FAILURE TO OBTAIN SPECIAL RECREATION PERMIT AND PAY FEE

**DEFENDANT INFORMATION** — Phone: (907) 687-3870

| Last Name | First Name | M.I. |
|---|---|---|
| LIANG | JUN | — |

Street Address: 3264 JARVIS AVENUE

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FAIRBANKS | AK | 99709 | 09/29/1983 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 7846314 | | AK | NON CITIZEN |

| ☑ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| Adult | Male | BLK | BRO | 5'4" | 117 |

**VEHICLE** — VIN: JTEES41A282014024 — CMV ☐

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| LJA 520 | AK | 08 | TOYOTA HIGH | GREEN |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

MAY 2, 2024
10:00 AM

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ ______ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ ______ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
US Court District of Alaska
101 12th Ave, 3rd Floor
Fairbanks, AK 99701
(907) 456-0245

Date (mm/dd/yyyy): 05/02/2024
Time (hh:mm): 10:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]



(Rev. 09/2015) Original - CVB Copy

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on APRIL 11, 2024 while exercising my duties as a law enforcement officer in the FAIRBANKS District of ALASKA

SEE ATTACHED

The foregoing statement is based upon:

- [x] my personal observation
- [x] my personal investigation
- [x] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/11/2024 — Date (mm/dd/yyyy) — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______ Date (mm/dd/yyyy) — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

Incident # **LM24022069**   CVB Loc. Code **AL78**   Violation Notice **#6261629**

# STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on April 11, 2024 at approximately 1230, while exercising my duties as a law enforcement officer in the FAIRBANKS District of ALASKA, I contacted Jun LIANG (AK Driver License #7846314) at his residence (3264 Jarvis Avenue, Fairbanks, Alaska 99709). LIANG was identified by his Alaska driver license. LIANG admitted to knowingly conducting commercial tours without a permit under the name AK Aurora Travel within the Central Yukon Field Office District on Bureau of Land Management managed lands. LIANG previously received numerous verbal and written warnings from the Bureau of Land management in 2020 and 2022 and was previously cited and plead guilty in court in 2023 for the same activity. LIANG has been cited for the same activity by other agencies in other jurisdictions - specifically the Fish & Wildlife Service and National Park Service. I issued LIANG citation #6261629 under 43 CFR 2932.57(a)(1) for Failure to Obtain a Special Recreation Permit and Pay Fees. Citation requires a mandatory appearance in court. LIANG signed the promise to appear statement in the space marked Defendant Signature on the bottom of the Violation Notice.

The foregoing statement is based upon:

☒ My personal observation   ☒ My personal investigation

☒ Information supplied to me from my fellow officer's observation

☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: April 11, 2024

Date (MM/DD/YYYY)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

Date (MM/DD/YYYY)   U. S. Magistrate Judge