# United States District Court
## Violation Notice

CVB Location Code: AL 78

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 6730751 | CRANE | 200 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 12/28/2022 1500 | 43CFR 2932.57(a)(3) |

Place of Offense: M 217 RICHARDSON HWY, CASTNER CREEK

Offense Description: Factual Basis for Charge     HAZMAT ☐

KNOWINGLY PARTICIPATE IN COMMERCIAL ACTIVITY WITHOUT PERMIT

**DEFENDANT INFORMATION**     Phone: (907) 687-3870

| Last Name | First Name | M.I. |
|---|---|---|
| LIANG | JUN | |

Street Address: 1057 LAKEVIEW, FAIRBANKS, AK 99701

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FAIRBANKS | AK | 99701 | 08/29/1983 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 7846314 | | AK | 711 825 5073 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair BLK   Eyes BLK   Height 5'0"   Weight 117

**VEHICLE**   VIN:     CMV ☐

| Tag No. | State | Year | Make/Model   PASS ☐ | Color |
|---|---|---|---|---|
| KEF543 | AK | 19 | FORD/TRANSIT | WHT |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| | $ | Forfeiture Amount |
|---|---|---|
| | | + $30 Processing Fee |
| PAY THIS AMOUNT → | $ | Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| FAIRBANKS FEDERAL COURT | 02/02/2023 |
| | Time (hh:mm) 10:00 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)     Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation     ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# VIOLATION NUMBER 6730751

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___ 12/28/2022 ___ while exercising my duties as a law enforcement officer in the Fairbanks District (AL78) of Alaska. On December 28th at approximately 14:00 hours while patrolling the Richardson Highway, Milepost 217, Ranger Crane contacted LIANG, Jun (Alaska Drivers license # 7846314) at the Castner Glacier parking lot after exiting the drivers side of a large passenger van full of people (KEF543, Ford Transit Van). When asked, LIANG could not produce a Bureau of Land Management (BLM) Special Recreation Permit (SRP) for operating commercially at the Castner Glacier area and admitted to having prior knowledge of BLM's permit requirement for operating commercially on public lands, specifically the Castner Glacier area.

Ranger Crane also made telephonic and email contact with LIANG the previous day, 12/27/2022 regarding LIANG's legal requirement to obtain a SRP. Based upon information Ranger Crane received, that AK Aurora Trave (AAT), Inc. was engaged in criminal commercial activity by providing unpermitted tours of the Castner Glacier Ice Cave area, Ranger Crane looked up AAT's corporate filing information and contacted the owner of AAT, (LIANG, Jun) by telephone and email, on 12/27/2022. Ranger Crane had two conversations with LIANG on 12/27/2022 explaining at length the need for a BLM permit to be obtained to operate commercially at the Castner Glacier area, that such activity was illegal, and to cancel all future tours to the Castner Glacier area from that moment forward until a permit was obtained. LIANG kept insisting that he was obliged to fulfill tours already promised to clients, but Ranger Crane made it clear that operating commercially without a permit was a crime and LIANG must cancel all future tours of the Castner Glacier area. While speaking on the phone with LIANG, Ranger

Crane directed LIANG to check the email sent earlier to him that day, 12/27/2022 with LIANG's attached compliance letter which detailed what was required of him to operate commercially on public lands and the consequences of failing to do so. LIANG checked his email while speaking to Ranger Crane, and acknowledged opening the compliance letter for viewing. Testing LIANG's prior permit knowledge against common Alaska tour routes permitted through the BLM, Ranger Crane also asked if LIANG had been involved in Arctic Circle tours and had a permit to do so with the BLM. LIANG stated he did provide Arctic Circle tours and did possess a permit with the BLM for those tours (further investigation revealed AK Aurora Travel does not have a permit with the BLM for Arctic Circle tours (Central Yukon Field Office being issuing BLM office, and Garrett Jones the SRP specialist)).

While contacting LIANG at the Castner Glacier area on 12/28/2022 I was approached by approximately 8 of LIANG's customers/victims (all Chinese tourists) who wanted clarity for why their tour was cancelled. Ranger Crane explained, LIANG was not permitted to operate commercially at the Castner Glacier area, had committed a crime by doing so, and Ranger Crane could not allow the crime to proceed. LIANG's tour group asked how long this policy was in place. Ranger Crane explained the permit policy had been in place for decades and LIANG had been warned the previous day not to bring customers on tour to the Castner Glacier and to cancel all future tours. When LIANG's victims learned he had previous knowledge of the permit process they looked bemused and shocked. While LIANG was present they asked if LIANG was permitted to take them on their planned Arctic Circle tour the following day. Based on LIANG's previous statement to Ranger Crane on 12/27/2022 affirming he did possess an Arctic Circle SRP with BLM, Ranger Crane told the group that he did have a permit for the Arctic Circle, then Ranger Crane turned to LIANG and

asked if he did in fact have an Arctic Circle permit.
LIANG affirmed again that he did have a permit for the
Arctic Circle. Ranger Crane asked LIANG to produce
the permit. When LIANG stated his BLM Arctic Circle
permit was at home, Ranger Crane addressed LIANG's
tour group and suggested they ask LIANG to present
his Arctic Circle SRP to them before their trip the
following day.

Ranger Crane cited LIANG for violating 43 CFR
2937.52(a)(3) Knowingly participate in an event or
activity subject to the permit requirements of this
subpart if BLM has not issued a permit. LIANG was
issued a mandatory appearance at the Fairbanks Federal
Courthouse on February 2nd, at 10:00.

The foregoing statement is based upon:
☒ My personal observation    ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☒ Other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the
face of this violation notice is true and correct to the best of my knowledge.

Executed on: _01/07/2023_ _____
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge