UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**MEMORANDUM OF ACTIVITY**

| Case Number: 2024BLM02688 | Subject of Report: Jun LIANG |
|---|---|
| Case Title: Witness tampering and intimidation | Activity Date: May 7, 2024 |

**ACTIVITY DETAILS**

IMARS #: LM24022069
Reporting Officer: SA Seth McMillan
Approving Officer: ASAC Jeff Duhrsen

**Synopsis**:
A person who provided material information leading to the charging of a suspect was later contacted by the suspect and harassed, intimidated and threatened. The victim of the harassment contacted the charging agency (BLM), asking for help and provided a written statement describing the harassment. The victim would likely be a witness for the prosecution if the case goes to trial. 18USC 1512 and 1213 make it unlawful to tamper with, harass, intimidate, threaten or retaliate against a victim, witness or informant.

**Details:**
On May 7, 2024, at about 6 PM I met with ▇▇▇▇, an English speaking, 35-year-old female Asian-American citizen, at the Bureau of Land Management (BLM) Fairbanks District Office (FDO) located at 222 University Ave, Fairbanks, AK. My interview with ▇ was recorded. A recording of the interview is stored in the case file.

I interviewed ▇ about her recent interactions with a Liang JUN (aka HARRY). HARRY had recently been charged with 43CFR 2932.57(A)(1) *Failure to obtain a special recreation permit and pay fees* for knowingly and willfully conducting commercial tours on BLM managed lands without a permit. HARRY attended an initial appearance for the Class A misdemeanor offense on May 2, 2024. HARRY pled not guilty through counsel at the initial appearance and was provided discovery items from the prosecuting AUSAs office. Included in those discovery items was the Rangers report, screenshots of text messages sent from HARRY to ▇ and her husband ▇ in January 2023 saying he was taking clients on a tour to the Arctic Circle on the Dalton highway. This area is managed by the BLM and commercial operations are subject to discretionary permits. ▇ and ▇ had previously applied for a BLM commercial permit and reported HARRY's unpermitted activities.

On May 5 and 6, 2024, HARRY began messaging ▇ on a Chinese social media site called Redbook sending both public and private messages to ▇ and ▇. HARRY sent mean, upsetting messages to ▇ and ▇ admonishing them for reporting his tour company to the Rangers and getting him in trouble. The messages were defamatory in nature, insulting and

Page 1 of 2
This report is the property of the Bureau of Land Management, Office of Security and Law Enforcement Agency. It and its contents are not to be reproduced without written permission. The report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U.S.C. 552.
Case 4:23-cr-00013-RRB-SAO Document 66-4 Filed 10/04/24 Page 1 of 2

Form 9260-61
(November 2019)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**MEMORANDUM OF ACTIVITY**

| Case Number: | Subject of Report: |
|---|---|
| 2024BLM02688 | Jun LIANG |

drawing negative attention to the ▇ and ▇ business threatening their livelihood. The messages were written in Mandrin, but when translated by ▇ they contained statements like: *"you are a crossbreed from an animal and human", "your husband is a crossbreed from an animal and human", " you are dirty, filthy people", " you did a dirty thing", "you will get retribution", "only bastards would do this dirty things", "you better watch out, I am telling other companies to watch you".*

▇ was concerned by these attacks on her and her husband and their business, so she called the BLM office to ask for help and protection from HARRY. ▇ said she didn't feel comfortable communicating or talking with HARRY after being harassed by him.

When I spoke with ▇ at the FDO she was concerned, said she felt scared, said HARRY knows where they live and it is in the same neighborhood. ▇ said her husband ▇ is back in China and she is living alone for another month.

HARRY is to be present in the Fairbanks Federal district court on June 20, 2024, for a status hearing and a continuation of this criminal matter.

See attached:
Voluntary statement from ▇ 5-7-2024 (Form 9260-18a)
Text messages provided by ▇ from Redbook (▇ messages from 5-7-2024)
▇ emails to BLM

**SETH MCMILLAN**
Digitally signed by SETH MCMILLAN
Date: 2024.05.29 13:15:59 -08'00'

Page 2 of 2
This report is the property of the Office of Law Enforcement and Security and is loaned to your agency; it is not to be reproduced without written permission. The report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U.S.C. 552.

Case 4:23-cr-00013-RRB-SAO Document 66-4 Filed 10/04/24 Page 2 of 2