Form 9260-18a (English)
(March 2010)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**VOLUNTARY STATEMENT**

Page 1 of 3

Incident Number:

| Nature of Investigation | Date of Incident |
|---|---|

| Statement of (Last, First, Middle names) | Date of Birth | Sex F |
|---|---|---|

| Drivers License Number | State AK | Social Security |
|---|---|---|

| Home _____ | Home Telephone |
|---|---|

| City Fairbanks | State AK | Zip Code 99701 |
|---|---|---|

| Business Street Address (Apt. No.) Same as above | Business Phone Aurora Hunting Tour |
|---|---|

| City | State | Zip Code |
|---|---|---|

| Location Statement Taken BLM office, Fairbanks | Statement Taken By Ranger Mazur | Date/Time Started 07 MAY 24 @ 1828 |
|---|---|---|

**Administration of Oath and/or Affirmation:**

I solemnly swear/affirm the statement that I am about to make will be the truth; the whole truth; and nothing but the truth, so help me.

On May 6th, 2024 @ 0356am, Liang Jun (Harry) reached out to me personally with six images contains our reporting details from Jan 2023. My husband ___ reported him in Jan 2023 because he was running Arctic Circle tours without a permit. He came to me with thoes text messages and stated my husband is a 杂种 (crossbreed from the animal and human). He also stated he was doing dirty things by reporting him, and said he is baseness and is an animal. He also assuming we reported other tour companies and this was a disgusting thing and we did it for business benefits. He said what he did is filthy. At the same time, I noticed he shared thoes information along with a reporting statement from BLM Ranger Steve Mazur in a public group. This group was created by Harry and this is for local chinese tour companies. All the tour company owners are in this group. He shared our information and stated my husband is a (crossbreed from the animal and human) as well.

杂种

_____ Initials of Person Giving Statement

_____ Initials of Ranger or Agent Taking Statement

Form 9260-18a (English)
(March 2010)

# UNITED STATES
# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT

## VOLUNTARY STATEMENT

### (CONTINUATION SHEET)

Page 3 of 3

Incident Number

Name of Person Giving Statement ███████

## WARNING

18 U.S.C. 1001 States - Whoever in the matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representation or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000.00 or imprisoned not more than five years, or both.

I have read this statement consisting of __3__ pages. I fully understand this statement and declare that the foregoing is true, accurate, and complete to the best of my knowledge. I have signed or initialed each and every page and have been given the opportunity and to make any corrections or additions.

I made this statement freely and voluntarily, without threats or rewards, or promises of reward having been made to me in return for it.

X ███████
Signature of person giving the statement

X 07 MAY 24
Date

SWORN/AFFIRMED AND SUBSCRIBED TO before me, on this ___7___ day of ___MAY 2024___.

Signature of Witness *(if required)*

STEVE MAZUR #802
Ranger or Special Agent of the
U.S. Department of the Interior
Bureau of Land Management

Witness Name *(Print)* Seth Mmilk

Witness Address 222 University Ave Fbo

Name *(Print)* Seth Mmilk

Badge Number #782

## AUTHORITY TO ADMINISTER OATHS AND AFFIRMATIONS

### 43 U.S.C. 1466. Administration of oath, affirmations, etc., by employees of Division of Investigations; force and effect

Special agents and such other employees of the Division of Investigations*, Department of the Interior of the United States, as are designated by the Secretary of the Interior for that purpose, are authorized and empowered to administer to or take from any person an oath, affirmation, affidavit, or deposition whenever necessary in the performance of their official duties. Any such oath, affirmation, affidavit, or deposition administered or taken by or before a special agent or such other employee of the Division of Investigations, Department of the Interior, designated by the Secretary of the Interior, when certified under his hand, shall have like force and effect as if administered or taken before an officer having a seal.

*Delegated to the Bureau of Land Management pursuant to reorganization plan No. 3 of 1950, 43 U.S.C. 1451.

### PRIVACY ACT STATEMENT

Sections 1466 and 1733 of Title 43 of the U.S. Code authorized collection of this information. The primary use of this information is for use by BLM law enforcement officers in conducting criminal investigations. Additional disclosures of the information may be made to other Bureau of Land Management officials for conducting administrative and civil damage collection procedures; to other Federal, State or local law enforcement agencies for investigative purposes; to Federal, State or local prosecutorial officials; and/or to Federal, State or local judicial officials or proceedings..

Furnishing the information on this form, including your social security number, is voluntary.

If the Bureau of Land Management uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Form 9260-18a (English)
(March 2010)

## UNITED STATES
## DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT
## **VOLUNTARY STATEMENT**
### (CONTINUATION SHEET)

Page 2 of 3

Incident Number:

Name of Person Giving Statement

He also warned other tour companies to watch us. Said we reported all the companies includes American companies without any evidence. He was upset because he thought we are good friends and we betryed him just because of the profit.

He also said we will get retribution someday. He said I am sharing this to tour industry and local friends, you guys need to be careful. He said only bastard would do this dirty things, everyone in this group bastard will find out how bad we are later. He also said if we were not friend, you can't report me, why you reported me as my friend. Another owner saw we reported him as well from the pictures and he stated we were the one to report him. He also said this is a dirty thing. He even mentioned that when he talked to the ranger (I don't know ranger from where), the ranger was not happy about people's reporting, because they need to check, sounds like the ranger doesn't like to do their job. (the ower is Liu, guifeng from Alaska Wild Adventure), He stated all the reporting thing were from us. Finally, Lrang left the group he created.

I feel so bad our reporting information was disclosed to him, and don't get protected. and now all the tour groups know this, it deeply harm our business as well. I don't feel comfortable to talk to Lrang Lrang and Liu because they stated us a bad people and verbally harrasting my husband and our business.

Initials of Person Giving Statement

Initials of Ranger or Agent Taking Statement

[EXTERNAL] Text messages from Liang

Alan Gu <alanauroraak@gmail.com>
Tue 5/7/2024 6:37 PM
To:Mcmillan, Seth W <smcmillan@blm.gov>

 This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

Good afternoon sir,

Please see the text messages from Liang. I really appreciate your time and assistance.



**6:09**

**LTE**



梁军 Harry




Hi, This is [ ] Today AK AURORA TRAVEL INC will illegally operate the Arctic Cir... tour. Can you send someone ... investigate? There are 2 vans... people!

Hey [ ] how do ...

Jun liang (AK AURORA TRA... INC CEO) published on the Chinese version of Facebook... He also told some compani... that he would go to the Arcti... Circle today, but he did not h... a license. He wanted to com... the tour with a licensed com... to avoid being investigated.

Ok, thank you fo... information ...




Hi, This i... [ ] oday AK AURORA TRAVEL INC will illegally operate the Arctic Circle tour. Can you send someone to investigate? There are 2 vans, 20 people!

He [ ] low do you know this?

Jun liang (AK AURORA TRAVEL INC CEO) published on the Chinese version of Facebook and He also told some companies that he would go to the Arctic Circle today, but he did not have a license. He wanted to complete the tour with a licensed company to avoid being investigated.

Ok, thank you for the information. I will for...






 █████为啥那么做？那中间之前还一起喝酒，开心，没事电话帮忙

 我一直处在你人特别特别好

 小顾这杂种有点过于卑鄙了。

 



6:09           ⏹ LTE 🔋

<        梁军 Harry ⟲        •••

昨天 10:11 AM

 我过了短信跟杂种OK。大家也删了。我没有欺负你，我给你发消息。爱怎么挑拨挑拨，就是一边跟着好好的，一边举报同行，这种恶习的事，没事还跑过来看看我车，胎，人嫉妒心那么强干吗？

 你看到我北极圈仍人了？ 谁造谣死全家



6:12     LTE

‹ 阿拉斯加旅行社导游-同行交流(43)

昨天 3:41 AM



梁军 Harry



昨天 3:41 AM



梁军 Harry







government did not check, and I will not report again!
梁军 Harry
Hi, This is [redacted] Today AK AURORA TRAVEL INC will illegally operate the Arctic Circle tour. Can you send someone to investigate? There are 2 vans, 20 people!
Hey [redacted] how do you know this?
Jun liang (AK AURORA TRAVEL INC CEO) published on the Chinese version of Facebook and He also told some companies that he would go to the Arctic Circle today, but he did not have a license. He wanted to complete the tour with a licensed company to avoid being investigated.
Ok, thank you for the information. I will forward to our Ranger.
Delivered
梁军 Harry
Hi, This i[redacted]oday AK
AURORA TRAVEL INC will
illegally operate the Arctic Cir
tour. Can you send someone
There are 2 vans







**6:12**       LTE

〈   阿拉斯加旅行社导游-同行交流(43)


梁军 Harry




梁军 Harry




梁军 Harry





昨天 3:49 AM

 梁军 Harry

给大家看一些我们费班华人做的龌龊事情。证据，挑拨，加偷偷给政府举报。之前还天天笑哈哈一起喝酒聊天，我都想不到为了

6:11      ＬＴＥ

〈    阿拉斯加旅行社导游-同行交流(43)



梁军 Harry

给大家看一些我们费班华人做的龌龊事情。证据，挑拨，加偷偷给政府举报。之前还天天笑哈哈一起喝酒聊天，我都想不到为了利益做那些事，想了2天一直还在看这个 Aan 是哪个 Alan，最后看到报告，看清楚了。以后大家自己注意点吧。无冤无仇，还之前老一块喝酒，电话。背地为了自己多一些团，天天干这种举报的事。自己昧良心，也有天天报。



梁军 Harry

发给同行和本地朋友，自己以后注意一些。

 梁军 Harry

报告还有几张也举办了其他同行，我就不发了。大家自己注意一下吧❤️

昨天 4:03 AM

 梁军 Harry

只有杂种会干这种事，后面大家也明白了

 

6:11       .ıll LTE 🔋

〈   阿拉斯加旅行社导游-同行交流(43)   ⋯

 梁军 Harry

那你们继续去举报同行，我都提醒下。真恶习，就因为因为客人多时候，你们还天天叫大家唱歌，一边跑别人车拍照举报，看看你们跟 blm，Denali，还有小红书举报了多少同行，连老外公司跟你们不认识的也举报，继续挑拨吧，我发给了小顾畜牲做法。光明正大去搞别人吧，造谣的，自己够要脸。那还继续去举报同行，然后再搞一堆小人做的事情。

 梁军 Harry

不占时间打扰大家哈，不好意思。就是提醒了，下面讲。

6:11      LTE

〈   阿拉斯加旅行社导游-同行交流 (43)   ・・・



梁军 Harry

行了下面聊，提醒完不浪费时间。我也二个团结束没做旅游了。就是我不明白一边跟我们喝酒，一边举报我们大家，还有连老外同行也举报。还小群里猜这个同行，猜那个同行？那么爱挑矛盾？你有事就光明正大，非要不管怎么样，不是小红书举报，就是 Denali 举报，要么北极圈，蓝冰洞，你们真没必要做那些恶心人的事，挑拨也就算了，大家不来往就是。关键还跟着别人好，一边在别人不在时候，跑别人车跟前一边举报。如果关系不好你举报也就算了，关系还挺好的也举报，这种事你们还继续做，我就是提醒一下。不浪费大家时间，你们以后还是爱举报大家还继续去举报，不在这里回复

ff669fbf04d72a5_Attachment_2_ Page 13 of 19

 梁军 Harry

不回复这里占大家时间哈，不好意思

昨天 10:54 AM

你撤回了一条消息

  

6:11                  ▪ LTE ▪

‹   阿拉斯加旅行社导游-同行交流 (43) 🔔

 Alaska 刘桂峰

这是我公司的名字，没想到一直被盯着呢？北极圈我们有合法手续，举报这个有什么意思呢？今年1月份蓝冰洞ranger也口头告诉我，有人拍我车的照片发给他们，举报我们跑蓝冰洞，禁止跑蓝冰洞之后，我们都是用老外持证导游领队，举报也没有用，我老婆2万多粉丝的小红书账号也被举报封号了，我的小红书账号从2022年3月份开始也是一直被匿名举报，越是忙的时候举报越严重，经常禁言一个月，我不想盲目猜测是谁干的，这么干真的很龌龊

Alaska 刘桂峰







梁军 Harry

不好意思，哎不打扰大家，我跟蔡瑶那会下面聊了很久，我也从不记仇，事情过去就都过去了，大家都聊了就过去了了。真心希望都好





6:11                                              LTE

〈   阿拉斯加旅行社导游-同行交流(43)



梁军 Harry

> 我还有二个团就结束了😂😂

昨天 1:13 PM



梁军 Harry

> 去年我都说不做不给大家竞争了，希望大家都好，也不掺杂任何人恩义，我也不打扰任何人，如果我做错对大家不好的，直接找我聊，真心没去做那些伤害别人尊严，利益的事。这些都过去了。我情况是很不好，我也不打扰任何人。希望大家都好。因为我小红书都卸了有一段时间了，不去打扰任何人

梁军 Harry



我的事已经过了，不再打扰任何人和事情哈



梁军 Harry



梁军 Harry

 



6:11                ●●❙❙ LTE ◼

〈　阿拉斯加旅行社导游-同行交流(43) ⟳ ⍻　　•••

~~昨天 1:20 PM~~


Alaska 刘桂峰

> 这里面很多都是5年以上的老导游，2023年那个冬天之前，从来没有人举报检查北极圈、蓝冰洞、Denali，检查钓鱼公司，我们干了这么多年钓鱼，只有去年冬天警察疯狂检查钓鱼执照，以前大家不论大公司还是私人导游，都有口饭吃，这么举报真的没意思，和ranger聊天，他们不止一次说过，他们也不想检查，有人举报，他们不得不检查，这里面有很多故事，我也不说了，希望大家就此打住，互相看不上的保持距离就好了，不要再这么乱了，让阿拉斯加安静一点，喜欢的人能待久一点

昨天 1:30 PM



梁军 Harry

退了哈。建这个群初衷就是希望大家都好。 我只希望每天开开心心的🐧🐧🐧🐧

Best Regards,

Yao
Aurora Hunting Tour LLC

## Re: [EXTERNAL] Re: Attorney info

Mcmillan, Seth W <smcmillan@blm.gov>

Thu 5/16/2024 3:34 PM

T ██████████████████████

Hell ████

Thanks for the message.

I have reached out to the attorneys office twice and am awaiting further information. I will share what is provided once I hear back from them.

Has there been any more contact, communications with the defendant? Any additional intimidation or harassment?

Respectfully,
SA McMillan

---

**From** ██████████████████████
**Sent:** Thursday, May 16, 2024 3:04 PM
**To:** Mcmillan, Seth W <smcmillan@blm.gov>
**Subject:** [EXTERNAL] Re: Attorney info

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

Good afternoon,

I want to follow up to see if there is any update? Thanks.

Best Regards,

████

> On May 12, 2024, at 6:51 PM██████████████████████> wrote:
>
> Good afternoon Seth,
>
> How are you. This i ████ and I am following for regarding the disclosure of my information. Is there any update from the attorney? No one called me so far. Could you help to find out? Thanks.
>
> Best Regards,
>
>████