IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | No. 4:23-cr-00013-RRB-SAO |
| JUN LIANG, | |
| Defendant. | |

**PROPOSED ORDER**

Having duly considered the United States' Motion for Revocation of Release and Order for Detention, the motion is hereby GRANTED for the reasons set forth in the Government's Motion.

IT IS SO ORDERED

_____  _____
DATE                    SCOTT A. ORAVEC
                        United States Magistrate Judge