Gary G. Colbath
First Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant Jun Liang*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JUN LIANG, A/K/A HARRY,<br><br>    Defendant. | Case No. 4:23-cr-00013-RRB-SAO-1<br>C.V.B. Nos. 6261629/9742501<br><br>**RESPONSE TO GOVERNMENT'S MOTION AT DOCKET NO. 66** |

  Defendant Jun Liang, through counsel, Gary G. Colbath, First Assistant Federal Defender, files this response to the government's Motion to Revoke Release and Order for Detention [66]. Defendant denies the conduct alleged in the government's motion and was completely unaware of any such investigation, reports or allegations prior to the filing of the government's motion and as such requests an evidentiary hearing to contest the same.

  Moreover, Defendant denies any allegations that he is a flight risk. Defendant understands the government will be asking for custody time at his sentencing. He has been informed that his convictions will likely result in revocation of his work VISA or credentials that now allow him to work in this country. Indeed, the convictions may result in his deportation altogether. Therefore, Defendant is simply trying to liquidate some of his larger assets prior to sentencing because he has time to do so before court and while he

is free to do so as selling his property would be extremely difficult from custody or remotely. Defendants are often instructed by the courts, as was the case here, to "get their affairs in order" and be prepared for sentencing, and Mr. Liang is doing nothing more than exactly what the Court has instructed him to do in this regard. Nothing about the Court's earlier finding that he was NOT a flight risk should be changed.

Undersigned Counsel is currently traveling in the lower 48 and teleworking or otherwise unavailable and out of District until October 21. Therefore, a hearing to consider the government's motion is requested on October 24 or 25, when counsel will next be physically available in Fairbanks.

DATED at Anchorage, Alaska this 7th day of October, 2024.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
First Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on October 7, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*