# UNITED STATES DISTRICT COURT
for the
District of Alaska

FID: 11572797
USMS: 68447-510
Warrant: 2506-1008-0025-B
NCIC: W890230875

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case Number: 4:23-CR-00013-RRB-SAO |
| vs. | ) | |
| | ) | |
| JUN LIANG | ) | |
| *Defendant* | | |

**SEALED**
## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JUN LIANG, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violations of Pretrial Release

Date: October 7, 2024                                              s/Brenda Kappler, Deputy Clerk
                                                                   *Issuing officer's signature*

City and state: Anchorage, Alaska                                  Candice Duncan, Clerk of Court
                                                                   *Printed name and title*

### Return

This warrant was received on *(date)* 10/08/2024, and the person was arrested on *(date)* 10/25/2024

at *(city and state)* Fairbanks, AK.

Date: 10/25/2024                                                   USMS Federal WRIT
                                                                   *Arresting officer's signature*

                                                                   G. Adrien(USMS)
                                                                   *Printed name and title*