MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JUN LIANG                         CASE NO. 4:23-cr-00013-RRB
Defendant:  X  Present   X  In Custody

BEFORE THE HONORABLE:    RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:   ROBIN M. CARTER

OFFICIAL REPORTER:       NONE PRESENT

UNITED STATES' ATTORNEY: CARLY SUE VOSACEK

DEFENDANT'S ATTORNEY:    GARY GEORGE COLBATH

U.S.P.O:                 MICHAEL MCGOVERN, Telephonic

INTERPRETER: WEI WHITBECK           (language) Mandarin
 X  Telephonic Appearance

PROCEEDINGS: BAIL REVIEW HEARING HELD OCTOBER 25, 2024
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:25 a.m. court convened in Fairbanks Courtroom 1.

Wei Whitbeck, telephonic Mandarin Interpreter sworn.

Court and counsel heard re [67] motion to revoke release which was denied as moot since probation filed a petition.

Plaintiff's exhibits 1, 2, 3, 4, 5, 6, 7, 8 and 9 **ADMITTED.**

Defendant's exhibits A and B **ADMITTED.**

Defendant sworn and testified on his own behalf.

Court and counsel heard re proposed release with conditions; **DENIED.**  Defendant to remain in custody pending sentencing.

**OFF RECORD:**  All admitted exhibits were retained by counsel.

List of Exhibits and List of Witness filed separately.

At 12:17 p.m. court adjourned.

DATE: October 25, 2024          DEPUTY CLERK'S INITIALS: RMC
(Revised 1-29-2015)