Hello：

Respectedjudges and prosecutors, and my respected lawyers and gentlemen and ladies, this is a letter of understanding and my experience written from the bottom of my heart. I hope I can be freed as soon as possible. Thank you for wasting your time. Please forgive me. I hope you can read my voice and my experience. I will not make the same mistake again in the future. Thank you very much

My name is Liang Jun, English name: Harry, born in 1983, now 41 years old, I studied computer science in Nanyang in 2005 and graduated from university. I have an older sister, and my father died of the new coronavirus two years ago. My father's death is also the biggest regret of my life, and I can't accompany my father. I have been in the United States for almost 8 years and cannot return to China.

After graduating from university, I have been engaged in the computer, optoelectronics, and electronic information industries in two companies in Shanghai. In 2008, I founded my own company "Shanghai Sansui Optoelectronics Co., Ltd." to do LED and DLP rear projection splicing, optoelectronic products, and government projects. I made a lot of income in two years of entrepreneurship, and then went to Australia, Europe, etc.

Later in 2010, I sold 70% of the shares of the Shanghai company to my cousin, and kept 30% for myself. I am still the legal representative until now. I traveled around the world alone for six years from 2010 to 2016. In the meantime, I volunteered in Mother Teresa's "Mother House" in India, the Elephant Orphanage, and Masai Mara, helping the dying elderly with hospice care, washing sheets and diapers for children who had suffered domestic violence and were autistic, helping small animals in Africa with medical care, and telling stories to children. I wrote articles for magazines on my way around the world, wrote diaries everywhere, recorded the cultural landscapes of the road and other countries, recorded my own growth experience, and wrote stories about foreign countries.

In 2015, I was traveling to Comoros on a cargo ship in Tanzania, Africa. The cargo ship sank in the Indian Ocean after 26 hours. We drifted on the sea for more than 12 hours and were finally rescued. My passport also sank in the sea, so I ended my trip and came to the United States. I applied for studying in the United States and benefits 11 times before, but was rejected by the US Embassy. After 12 times in Africa, I got my visa. I gave myself the belief that I would definitely come to the United States to study, and I came to the United States in 2016.

I studied English at Mt. San College in Los Angeles. I have always liked literature and thought that after passing the language test, I would study literature in the future. I also applied for political asylum. It is true that I was persecuted and religiously unfree in China because of my company, which made me worried about returning to China. Moreover, I was rejected 11 times before studying in the United States. This was my last chance to study and work legally in the United States. I chose to stick to my dream. While studying in the United States, I worked as a waiter in a restaurant and also worked in a computer and credit card company in New York. I have been working hard to save money for my studies.

Later, in February 2019, I watched a movie called "The Last Hunters". I was deeply moved by the natural scenery of Alaska and the peaceful life of animals. So I quit my studies, sold everything, and came to Fairbanks, Alaska to open a youth hostel and homestay, and later opened a travel agency. During this period, I was deceived by many friends. I couldn't understand letters and documents because of my poor English. I was deceived by my friends when I bought my first mobile home. It turned out that my house had always been occupied by homeless people and it was leaking. Because I opened a travel company alone, I would also encounter guests. Friends made excessive demands and asked me to do unreasonable work. If I refused and chose not to agree, I would be subjected to cyber violence. Because I had no identity (green card, citizenship), but had a work card, I would also suffer verbal attacks and discrimination. I didn't care about these, and I still worked hard.

I always hope that I can be a positive and happy person. I have also applied to volunteer at the Gate of the Arctic, and went to bank food to volunteer and donate. I didn't speak English well before. In the past two years, because of the "hunting case", I have been learning English and consulting legal help.

I was not willing to do the "hunting case" at all. I don't like animals to be hurt. However, because I didn't supervise strictly, my personal guide Brian also showed me a lot of photos of his previous legal hunting. The guide said that he could take guests hunting, so I took the guests hunting twice. Brian told me that it was impossible to kill any animals, just let them experience it, so I felt more at ease. He can also help guests apply for legal hunting permits from the Fish and Game Bureau. I think this is legal legal protection. Because Brian was a policeman before, I also believe it very much.

Of course, I found out later that the guide deceived the Fish and Game Bureau and said that the two guests were his "nephews". Because I didn't understand nephew's

English, I was investigated by the FBI later, and then I recalled these things. I violated laws and regulations because of my supervision errors.

As a result, I was imprisoned for 15 days, including the judge's promise of custody and release. The Immigration Bureau continued to detain me for 3 days on the grounds of "illegal immigration". However, I was clearly working legally, with a work visa and political asylum, which directly led to my girlfriend breaking up with me. I was very painful during those days. My only spiritual support was that I waited in the United States for eight years, but I didn't wait for the political asylum interview with the Immigration Bureau. I wrote to the Senate, all the US embassies, and the governors of various states, begging for a political asylum interview opportunity for someone who had waited for eight years for a green card, but there was no result. I applied for oil PFD subsidies in Alaska. I have been here for 6 years and applied again and again, but I, a local resident, was never given a chance. It's so unfair. I was finally defined as an "illegal immigrant" by the Immigration Bureau and detained for a long time. This is too absurd in the US law, fairness, justice, and justice. How many hard-working people have been hurt by this? Don't you, the Immigration Bureau, know?

Because of "illegal hunting", I was posted with my own photo by radio, news, many newspapers, news, Douyin, and self-media, forums in the United States and China, saying that the FBI accused me of prostitution, illegal immigration, selling bear bile, illegal gun possession, money laundering and other 8 crimes. The various media smeared and slandered me. Do you know how much suffering and pain I have endured? If this is the case, many vulnerable people would have committed suicide long ago. Do you slander humanity like this for a Chinese working hard in Alaska? I have never hurt anyone. I have silently endured the unfair treatment I suffered. I couldn't go back to see my relatives for 8 years. When my father died, I couldn't see him for the last time. Is this the "spirit" of the United States? It makes a kind and upright person live in misery. I smile every day because of optimism. Can the public understand my pain? Am I spiritually free?

You have ruined my reputation like this. You didn't check all the people who went to the Arctic Circle and Caster Glacier. If you checked, the only ticket you gave to the Chinese travel agency was me. Is this fair to me? I just want to be treated fairly. I have endured enough.

I was arrested for 15 days in July last year. You searched my house and said I was hiding a gun. As a result, I didn't hide a gun at all. I never had a gun. You also confiscated my passport, 3 cars, 3 computers, 3 phone,and cash for work. The

camera I had at the beginning, the one you took to install the battery in the camera base, also broke it. I didn't ask for your fault at all, because I also made mistakes due to lax hunting supervision, and I accept the punishment.

You confiscated so many of my things, and I bought new old cars, cameras, and mobile phones. Aren't you consuming and wasting my meager life time and time again? The money in my account now will barely be enough to pay the mortgage in two months. Can you please return it to me as soon as possible?

I started selling cars and houses now. The sale of cars has been delayed for more than a year. Now it is very difficult to sell. I went to work for other companies, and you BLM maliciously checked me again and again. I don't even have basic job security now. All companies are afraid and dare not give me a job for fear of being implicated. Doesn't this give me a chance to live a good life?

When can I get my car, cash, computer, etc. back as soon as possible? I need to sell them immediately. I still have a house to pay off mortgage, car loan, insurance, heating, etc. I hope my case will end soon. I have also signed a plea agreement. Please give me freedom and one last happy life.

I have lost my freedom for more than a year. I have never been treated fairly by the Immigration Bureau or the Alaska Native PDF. I have been discriminated against. This year, because of your fake news, the heating company refused to deliver heating to me, and the BLM refused to issue me an Arctic Circle permit. Even when I was working legally in someone else's company, you chased my car to scare my guests and asked us to stop and check. There are also fellow travel companies and old colleagues who have seen you post FBI news, and have been spreading rumors and verbally attacking me, posting them to online self-media, saying that I am a prostitute, an illegal immigrant, etc. They say that I am still in jail. These are all my mental injuries.

During the 15 days you were arresting me, I lost my girlfriend. My clients saw the negative fake news, and their contracts all demanded refunds and compensation. I suffered a lot of losses. My mother almost fainted when she saw the fake news you released.

Now I dare not go to church or crowded places, for fear of people talking and not trusting people. At that time, your police and FBI also said in Denali that they would not arrest me, but would just return my things. It turned out to be a scam. I chose to believe it again and again. Including the immigration bureau's urging me to be imprisoned more. In order to arrest me, the police set a trap and offered 60,000 US

dollars to induce us to break the law. Is this normal? I never wanted to break the law or hurt anyone.

I have received too much unfairness and injustice. I still want to be a volunteer. I will travel around the world alone later to tell them the truth.

I have been imprisoned for 15 days, 73,450 US dollars have been confiscated, a car has been punished, my reputation and image, and personal freedom have been banned for more than a year, and my body and spirit, financial losses, and emotions have all been punished as they should and should not be. I don't dare to search my name on the Internet now. Those negative and false news saying that I am a prostitute, an illegal immigrant, selling bear bile, illegally holding guns, etc. will follow me for the rest of my life and cause me mental distress.

I have accepted so much punishment and hope to be forgiven by the public, the judge and everyone. I know that I have no hope of getting a green card in the United States. Please give me back my freedom. I have worked hard for so many years. I used to work about 19 hours a day due to the news epidemic. Almost every day, In the summer, I went to the south to bring guests. The guests stayed in a hotel. In order to save money, I slept alone in the car and ate the cheapest food to save money. I work hard and help the elderly, children, and small animals all over the world. I continue to volunteer and do things that can help others and myself. Happy and meaningful life, I also say goodbye to the past happiness and pain as soon as possible. Don't let me suffer so much pain, I will be free sooner.

Jun Liang /Harry

9.29/2024















